NSK CORPORATION, NSK Ltd., and NSK Europe Ltd., Plaintiffs–Appellees,

and

FAG Italia, S.P.A., Schaeffler Group USA, Inc., Schaeffler KG, The Barden Corporation, and the Barden Corporation (U.K.) Ltd., Plaintiffs–Cross Appellants,

and

JTEKT Corporation and Koyo Corporation of U.S.A., Plaintiffs–Appellees,

and

SKF Aeroengine Bearings UK and SKF USA Inc., Plaintiffs–Cross Appellants,

v.

UNITED STATES, Defendant,

and

The Timken Company, Defendant–Appellant.

Nos. 2011–1362, 2011–1382, 2011–1383.

United States Court of Appeals, Federal Circuit.

May 17, 2011.

Max F. Schutzman, Grunfeld, Desiderio, Lebowitz, New York, NY, Herbert C. Shelley, Steptoe & Johnson, LLP, Washington, DC, for Plaintiffs–Cross Appellants.

Neil R. Ellis, Sidley Austin LLP, Matthew P. Jaffe, Crowell & Moring, LLP, Washington, DC, for Plaintiffs–Appellees.

Terence P. Stewart, Stewart & Stewart, Washington, DC, for Defendant–Appellant.

Before BRYSON, Circuit Judge.

## ORDER

Timken Company submits a motion for a stay, pending appeal, of the judgment of the United States Court of International Trade.

Upon consideration thereof,

It Is Ordered That:

NSK Corporation et al. and JTEKT Corporation et al. are directed to respond no later than May 27, 2011. The CIT's judgment is temporarily stayed pending this court's consideration of the papers submitted.